John W. Rood, III
State Bar No. 003458
817 North Second Street
Phoenix, AZ 85004
(602) 258-1778
jroodiii@qwestoffice.net
Attorney for Alonso Padilla, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR2019-00414-SPL |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE TRIAL AND CONTINUE THE TIME FOR FILING MOTIONS** |
| v. | (Third Request) |
| Alfonso Padilla Jr., | |
| Defendant. | |

COMES NOW the Defendant, Alfonso Padilla Jr., by and through undersigned counsel and respectfully moves this Court to enter an Order continuing the presently scheduled trial date of April 4, 2020 at 9:00 a.m. for a minimum 60 days. Defendant also requests the Court enter an order extending the time to file pretrial motions for 60 days.

This motion is made for the reason that a forensic examination has not yet been done but the defendant has been in touch with an individual who is willing and able to conduct the examination but needs additional time to do so.

While this is the third continuance, the Court is aware in these types of cases it may take additional time to find and

engage an examiner. Assistant United States Attorney, Gayle Helart, has no objection to this motion.

It is expected that excludable delay under Title 18, U.S.C. § 3161(h)(7)(B)(iv) may as a result of this motion or upon an order based thereon.

RESPECTFULLY SUBMITTED this 12th day of March, 2020.

                              s/John W. Rood, III
                              John W. Rood, III
                              Attorney for Defendant

I electronically transmitted
the foregoing document to the Clerk's Office
using the ECF System for filing and
transmittal to the ECF registrants this
12th day of March, 2019:

Courtesy copy with proposed order provided
via email to, as well as a hard copy
mailed to: Honorable Steven P. Logan

COPY of the foregoing document
mailed this 12th day of March, 2020, to:

Alonso Padilla Jr.

s/John W. Rood, III